HARRISON, Insurance Commissioner, *v.* HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY.

RUSSELL, Chief Justice. The Supreme Court of the United States having reversed the decision and judgment of this court (*Harrison* v. *Hartford Steam Boiler Inspection & Insurance Co.*, 183 *Ga.* 1, 187 S. E. 648; U. S.      ), it is hereby ordered that the judgment of the Supreme Court of the United States be made the judgment of this court; and in consequence the judgment of the superior court of Fulton County is affirmed.

*Judgment affirmed. All the Justices concur except Beck, P. J., absent because of illness.*

No. 11191. JULY 10, 1937.

LOWRY, sheriff, *v.* HERNDON; *et vice versa.*

PER CURIAM. The United States Supreme Court having reversed the decision and judgments of this court in these cases, the judgment of that court is hereby made the judgment of this court; and in consequence thereof the former judgments by this court are vacated, and the judgment of the trial court is affirmed on the main bill of exceptions and reversed on the cross-bill. *Lowry* v. *Herndon,* 182 *Ga.* 582 (186 S. E. 429) ; Herndon *v.* Lowry, ... U. S. ... .

*Judgment affirmed on the main bill of exceptions, and reversed on the cross-bill. All the Justices concur, except Beck, P. J., absent because of illness.*